IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| Bin Liu,<br><br>      Plaintiff,<br><br>      v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>      Defendants. | Case No. 2:25cv792 |

## NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41

Plaintiff hereby voluntarily dismisses the above action against all Defendants in this action: Defendants No. 1 Goimu, No. 2 EVOLPOW, No. 3 EonfitOmni, No. 4 Garveelife, No. 5 RUNREELY, No. 6 JELENS, No. 7 YOLEO, No. 8 FEIERDUN, No. 9 Towallmark, No. 10 Powercom Fitness, No. 11 Hipicute, No. 12 HOMLANE, No. 13 OutdoorVibe, No. 14 DONOW, No. 15 GAOMON, No. 16 HarmonyHealth, No. 17 Jenser, No. 18 FAGUS H, No. 19 HOMSURE, No. 20 GlowSol, No. 21 Temtum, No. 22 Ernst Int (Royal Fitness), No. 23 KUNRAM, and No. 24 snode.

The Defendants have neither answered nor filed a motion for summary judgment.

Date: December 12, 2025                                         Respectfully submitted,

                                                                                                                                                        /s/   *Kendal M. Sheets*
                                                                 Kendal Sheets (VSB No. 44537)
                                                                ksheets@dnlzito.com
                                                                Tel: 703-489-8937
                                                                Joseph J. Zito (*pro hac vice*)
                                                                jzito@dnlzito.com
                                                                Tel. (202) 466-3500

                                                                DNL ZITO
                                                                1250 Connecticut Avenue, NW
                                                                Suite 700
                                                                Washington, DC 20036
                                                                Fax: (703) 997-7534

                                                                *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

　　　　　　　　　　　　　　　　　　　　　　__/s/__Kendal M. Sheets
　　　　　　　　　　　　　　　　　　　　　　By:  Kendal M. Sheets
　　　　　　　　　　　　　　　　　　　　　　Virginia bar number 44537